IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal Case No. PX-20-229 |
| KEVIN ALEXIS RODRIGUEZ FLORES | * |

\* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR EXTENSION OF SENTENCING MEMORANDUM DEADLINE

The Defendant, Kevin Alexis Rodriguez Flores, by and through his attorney Alfred Guillaume III, moves this Honorable Court to extend the deadline for filing a sentencing memorandum from July 2, 2021, until July 6, 2021. The grounds for this relief are as follows:

1. The current deadline to file a sentencing memorandum is July 2, 2021.

2. Counsel requests additional time to file a sentencing memorandum in order to confirm matters to be included in the sentencing memorandum.

3. Assistant United States Attorney William Moomau does not oppose defense counsel's extension request.

WHEREFORE, the defendant respectfully requests that the deadline for filing a sentencing memorandum be extended until July 6, 2021.

Respectfully submitted,

\_\_\_s/s_____
Alfred Guillaume III, # 30117
Law Offices of Alfred Guillaume III
6305 Ivy Ln., Suite 700
Greenbelt, MD 20770

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Consent Motion For Extension Of Motion Filing Deadline was electronically filled with the Clerk via the CM/ECF system on July 2, 2021, with notice and access to all involved parties.

s/s
_____
Alfred Guillaume III, Esq.